**Order entered October 4, 2021**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00821-CR

## BRENDA DELGADO, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F15-76401-W**

### ORDER

The reporter's record was filed October 11, 2019. Although the exhibit index states that a copy of State's Exhibit No. 408 is attached, that exhibit was not filed with this Court.

We **ORDER** court reporter Darline King to file a supplemental reporter's record containing a true and correct playable copy of State's Exhibit 408 within **TEN DAYS** of the date of this order.

We **DIRECT** the Clerk to send a copy of this order to the Honorable Tracy Holmes, Presiding Judge, 363rd Judicial District Court, to Darline King, official court reporter, 363rd Judicial District Court, and to counsel for all parties.

/s/     KEN MOLBERG
PRESIDING JUSTICE